GEORGE B. HARDIE and Others, Respondents, *v.* FRANK BEGRISCH, JR., and Others, Appellants.

First Department, February 29, 1924.

**Appeal — Appellate Division has power to stay orders appealed from and to grant stay by extension of time.**

The Appellate Division has power, incidental to its appellate jurisdiction, to stay the operation of orders appealed from, and also to grant a stay by way of an extension of time, until the appeal can be heard.

MOTION by the defendants, Frank Begrisch, Jr., and others, to extend the time to answer pending determination of an appeal from orders denying defendants' motions for judgment dismissing the second amended complaint; also motion by the plaintiffs, George B. Hardie and others, to vacate provisions in an order theretofore granted herein to show cause extending defendants' time to answer.

*Carlton B. Pierce,* for the plaintiffs.

*Ambrose G. Todd,* for the defendants.

PER CURIAM:

This court, incidental to its appellate jurisdiction, has the power to stay the operation of orders appealed from, and also to grant a stay by way of an extension of time, in proper cases, until the appeal can be heard.

The motion for an extension of time should be granted, and the motion to vacate the extension contained in the order to show cause denied, with ten dollars costs.

Present — CLARKE, P. J., DOWLING, SMITH, MERRELL and MCAVOY, JJ.

Motion to extend time to answer granted. Motion to vacate provisions of order to show cause denied, with ten dollars costs.